# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus Alexander Perez Fuentes | ) | Case No. 3:22-MJ-323-BK |
| | ) | |
| *Defendant(s)* | ) | |

FILED
March 31, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 30, 2022__ in the county of __Dallas__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with Intent to Distribute a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO Christopher Biggs

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Biggs, TFO DEA
*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: March 31, 2022

*Judge's signature*

City and state: Dallas, Texas       RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of Criminal Complaint

I, Christopher Biggs, a Task Force Officer with the Drug Enforcement Administration (DEA), being duly sworn, deposes and states:

1. I am a Task Force Officer with the United States Department of Justice Drug Enforcement Administration (DEA). I have been a deputized Task Force Officer assigned to the Drug Enforcement Administration (DEA) since December 2018. I am assigned to the Dallas Field Division Office to investigate violations of federal drug statutes. I have conducted and participated in previous investigations of violations of the United States' drug laws, including violations of 21 U.S.C. §§ 841(a)(1), and 846. I am a United States law enforcement officer as defined in 18 U.S.C. § 2510(7), and I am empowered by law to conduct criminal investigations and to make arrests for federal felony offenses. I have been employed by my parent agency, Lancaster Police Department, for over five years. I am currently certified as a Master Peace Officer by the Texas Commission on Law Enforcement. As a law enforcement officer, I have used a variety of methods investigating drug related crimes, including, but not limited to, visual surveillance, witness interviews, the use of search warrants, confidential informants and undercover agents. I have personally participated in the investigation below, and I am familiar with the facts and circumstances through my personal participation, from discussions with other DEA agents and law enforcement officers, and from reviewing records and reports relating to the investigation.

1. This affidavit is made for the limited purposes of establishing probable cause that Jesus Alexander Perez Fuentes violated Title 21, United States Code, Section 841(a) and (b)(1)(C), that is, possession with intent to distribute a Schedule II controlled substance.

2. The information contained in this affidavit is based on my personal knowledge and experience, my personal participation in this investigation, and information obtained from other law enforcement officers and/or agents involved in this investigation.

3. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of 21 U.S.C. § 841(a) and (b)(1)(C), has been committed by Jesus Alexander Perez Fuentes.

## PROBABLE CAUSE

4. In March 2022, ATF TFO Walden contacted DEA Dallas HIDTA Group 3 Agents in regards to information that he received from a confidential source[1] that Jesus Alexander Perez Fuentes was distributing counterfeit Oxycodone M30 tablets in the Dallas, Texas area.

5. It has become common for drug dealers to sell blue tablets stamped with the letter "M" and the number "30", that look like prescription Oxycodone

---

[1] The confidential source is providing information in consideration of criminal charges and is not being compensated.

**Affidavit in Support of Criminal Complaint - Page 2**

M30 tablets, but which in fact contain Fentanyl and are being sold as counterfeit Oxycodone M30 tablets.

6.      On March 30, 2022, Agents received information that Perez Fuentes would be at the Galleria Mall in Dallas, Texas, which is in the Dallas Division of the Northern District of Texas. Agents also had information that Perez Fuentez would have well over a thousand M30 pills. Agents set up surveillance at the Galleria Mall and located Perez Fuentes's vehicle, a white Dodge pickup, which ATF TFO Walden had previously identified as Perez Fuentes's vehicle. The white Dodge pickup was bearing Texas license plate PMB8383, which showed to be registered to Perez Fuentes. Agents observed Perez Fuentes and an unknown female enter the Galleria Mall. Agents maintained surveillance of Perez Fuentes's pickup while Perez Fuentes was inside of the Galleria Mall. Agents observed Perez Fuentes and the unknown female exit from the Galleria Mall and get into Perez Fuentes's pickup with Perez-Fuentes being the driver. Perez Fuentes departed the Galleria Mall and Agents followed him as he traveled onto Interstate 635 towards Mesquite, Texas. Texas DPS Troopers Mack and Sloan stopped Perez Fuentes in the area of Interstate 635 and US Highway 80 for traffic infractions. Trooper Mack made contact with Perez Fuentes and advised that he could smell the strong odor of marijuana emitting from within Perez Fuentes vehicle. Dallas PD K9 Officer Millard and her K9, "Z", arrived to assist the Troopers on their traffic stop. Dallas PD K9 Officer Millard utilized K9 Z to conduct an exterior air sniff of Perez Fuentes's pickup and K9 Z showed a positive alert for narcotics in

Affidavit in Support of Criminal Complaint - Page 3

Perez Fuentes's pickup. Trooper Mack conducted a search of Perez Fuentes's pickup and located a Glock 30 (.45 caliber), Serial #BSRT487, in the center console of the pickup and it had 10 rounds in the magazine. Trooper Mack then located a black backpack under the driver's side backseat that contained two clear plastic bags of blue tablets with the marking's "M" and "30", which TFO Biggs believes to be counterfeit Oxycodone M30 tablets, based on training and experience. There were hundreds of the M30 pills.[2] I know based on my training and experience that this is a distributable amount. Also, inside of the black backpack was a large amount of an undetermined amount of U.S. currency that was wrapped with multiple rubber-bands.

7.  Agents attempted to speak to Perez Fuentes but he advised that he did not want to speak to Agents. Although Perez Fuentes did not want to speak to Agents, he stated to Agents that everything that was located inside of his pickup belonged to him.

8.  Based on the foregoing, together with my training and experience, I believe that there is sufficient probable cause to believe that Perez Fuentes was possessing with intent to distribute a Schedule II controlled substance, namely counterfeit Oxycodone M30 tablets containing fentanyl, in violation of 21 U.S.C. § 841(a) and (b)(1)(C). I respectfully request a warrant be issued for the arrest of Perez Fuentes.

---

[2] Agents conducted a field test of one of the pills and it was presumptively positive for fentanyl.

**Affidavit in Support of Criminal Complaint - Page 4**

*[signature]*

**Christopher Biggs**
Task Force Officer
Drug Enforcement Administration

Agent sworn and signature confirmed via reliable electronic means on March 31st, 2022, pursuant to Fed. R. Crim. P. Rule 4.1

*[signature]*

RENEE HARRIS TOLIVER
United States Magistrate Judge

Affidavit in Support of Criminal Complaint - Page 5